# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF OSCAR GUIZAR, *deceased, by and through David Guizar as Special Administrator*,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION, et al.,<br><br>Defendants. | Case No. 1:25-cv-01653-SAB<br><br>ORDER REGARDING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT CDCR TO ANSWER AND CONTINUE THE INITIAL SCHEDULING CONFERENCE<br><br>(ECF No. 6) |

Before the Court is a stipulation to extend the deadline in which Defendant California Department of Corrections & Rehabilitation may answer and continue the initial scheduling conference. For good cause shown, the Court approves the stipulation and ORDERS that Defendant CDCR shall have through March 2, 2026, to answer or otherwise respond to the complaint. The initial scheduling conference is CONTINUED to March 31, 2026, at 11:00 a.m.[1]

IT IS SO ORDERED.

Dated:   __January 29, 2026__                        

STANLEY A. BOONE
United States Magistrate Judge

---

[1] The Court observes that seven other defendants have not appeared nor has a proof of service been filed demonstrating service was effectuated. Though the time has not yet passed, the Court observes that Fed. R. Civ. P. 4(m) generally requires service to be completed within 90 days after the complaint is filed. That said, "if the plaintiff shows good cause for the failure [to complete service], the court must extend the time for service for an appropriate period." Fed. R. Civ. P. 4(m). Should it become necessary, Plaintiff is directed to file an appropriate motion to extend the time in which to complete service.