# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

ESTATE OF OSCAR GUIZAR, *deceased, by and through David Guizar as Special Administrator*,

Plaintiff,

v.

CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION, et al.,

Defendants.

Case No. 1:25-cv-01653-SAB

ORDER REGARDING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT CDCR TO ANSWER AND CONTINUE THE INITIAL SCHEDULING CONFERENCE

(ECF No. 8)

Before the Court is a stipulation to extend the deadline in which Defendant California Department of Corrections & Rehabilitation may answer and continue the initial scheduling conference. For good cause shown, the Court approves the stipulation and ORDERS that Defendant CDCR shall have through March 31, 2026, to answer or otherwise respond to the complaint. The initial scheduling conference is CONTINUED to April 23, 2026, at 11:00 a.m.

IT IS SO ORDERED.

Dated:    **February 18, 2026**

_____
STANLEY A. BOONE
United States Magistrate Judge