# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF OSCAR GUIZAR, *deceased, by and through David Guizar as Special Administrator*,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION, et al.,<br><br>Defendants. | Case No. 1:25-cv-01653-SAB<br><br>ORDER REGARDING STIPULATION TO ALLOW PLAINTIFF LEAVE TO FILE AN AMENDED COMPLAINT<br><br>(ECF No.11) |

Before the Court is a stipulation from the parties to allow Plaintiff leave to file an amended complaint. For good cause shown, the Court approves the stipulation and ORDERS that Plaintiff shall file the amended complaint within **three (3) days** of the entry of this order. At this time, the Court does not see the need to continue the initial scheduling conference, which is set for April 23, 2026, at 11:00 a.m.

IT IS SO ORDERED.

Dated:   **February 23, 2026**

STANLEY A. BOONE
United States Magistrate Judge